# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00876-CV

**AusPro Enterprises, L.P. and MMK Holdings, L.P. d/b/a Planet K, Appellants**

**v.**

**The City of Cedar Park, Appellee**

### FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 23-0700-C395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants and Appellee have jointly moved to dismiss this appeal. We lift the abatement in this appeal, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellants' Motion

Filed: July 28, 2026